**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Allegheny Enterprises, Inc aka AEI**
25–1567740
    Debtor(s)

Bankruptcy Case No.: 20–10165–TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: September 17, 2020

    Thomas P. Agresti
    United States Bankruptcy Judge